# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0224.  ADRIAN STEWART v. SUNTRUST MORTGAGE, INC.**

This case began as a dispossessory proceeding in magistrate court.  After an adverse ruling, Adrian Stewart appealed de novo to the superior court.  On July 31, 2013, the superior court entered judgment in favor of SunTrust Mortgage, Inc., and on August 22, 2013, Stewart filed a notice of direct appeal to this Court.  We lack jurisdiction for two reasons.

First, because the order at issue disposes of a de novo appeal from a magistrate court decision, Stewart was required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Thus, Stewart's notice of direct appeal does not give rise to a valid appeal.

Second, this appeal is untimely.  An appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Stewart's notice of appeal was filed 22 days after the superior court's order was entered.

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* <u>10/04/2013</u>
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*